IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA f/u/b :
UNITED SHEET METAL, INC.,        :
    Plaintiff                            :
                                             :
    v.                                   :    CIVIL NO. AMD 00-084
                                             :
IMI, INC., et al.,                       :
    Defendants                       :

...oOo...

ORDER

Plaintiff instituted this case under the Miller Act, 40 U.S.C. § 270, *et seq.*, against a general contractor and the latter's surety in connection with plaintiff's performance of a subcontract on a construction job in Beltsville, Maryland. Plaintiff seeks in excess of $68,000. As there exists an agreement for arbitration among the parties, this action was filed as a protective action. Plaintiff has filed a Motion for Stay Pending Arbitration, which shall be granted; it is clear that this dispute must be arbitrated in advance of any claim against the surety.

Accordingly, the motion for stay is GRANTED, and the clerk shall ADMINISTRATIVELY CLOSE THIS CASE pending further Order of this court.

IT IS SO ORDERED this 14th day of January, 2000.

The Clerk shall TRANSMIT a copy of this Order to the attorneys for plaintiff, who shall promptly provide a copy hereof to counsel for defendants.

MICROFILMED
4

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE